UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 17-60449-CIV-MARTINEZ-GOODMAN

------------------------------------------------ x
RAHN BAHIA MAR LLC d/b/a                        :
BAHIA MAR YACHTING CENTER,                      :
A Foreign, Limited Liability Company,           :
                                                :
                           Plaintiff,           :
        v.                                      :
                                                :
M/V "WAKU", her boilers, engines,               :
tackle, equipment, freight, appliances,         :
apparel, appurtenances, furnishings, etc., *in* :
*rem*, and the United States of America,        :
                                                :
                           Defendants.          :
------------------------------------------------ x

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Stanley McDermott III of the law firm of DLA Piper LLP (US), 1251 Avenue of the Americas, New York, NY 10020, 212.335.4790, for purposes of appearance as co-counsel on behalf of Claimant Nautical Corp., c/o EPBC Management LLC in the above-styled case, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Stanley McDermott III to receive electronic filings in this case, and in support thereof states as follows:

1. Stanley McDermott III is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York bar and the bar of the United States District Court for the Southern District of New York.

2. Movant, Michael G. Austin, Esquire, of the law firm of DLA Piper LLP (US), 200 South Biscayne Blvd., Suite 2500, Miami, Florida 33131, 305.423.8522, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Stanley McDermott III has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Stanley McDermott III, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Stanley McDermott III at email address: stanley.mcdermott@dlapiper.com.

WHEREFORE, Michael G. Austin moves this Court to enter an Order permitting Stanley McDermott III to appear before this Court on behalf of Claimant Nautical Corp., c/o EPBC

Management LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Stanley McDermott III.

Date:   March 20, 2017

                                DLA PIPER LLP (US)

                              By: */s/ Michael G. Austin*
                                  Michael G. Austin
                                  Florida Bar No. 457205
                                  michael.austin@dlapiper.com
                                  200 South Biscayne Blvd.
                                  Suite 2500
                                  Miami, Florida 33131
                                  Tel.  305.423.8522
                                  Fax. 305.675.6366

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 17-60449-CIV-MARTINEZ-GOODMAN

------------------------------------------------- x
RAHN BAHIA MAR LLC d/b/a :
BAHIA MAR YACHTING CENTER, :
A Foreign, Limited Liability Company, :
 :
 Plaintiff, :
 v. :
 :
M/V "WAKU", her boilers, engines, :
tackle, equipment, freight, appliances, :
apparel, appurtenances, furnishings, etc., *in* :
*rem*, and the United States of America, :
 :
 Defendants. :
------------------------------------------------- x

## **CERTIFICATION OF STANLEY MCDERMOTT III**

Stanley McDermott III, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the New York bar and the bar of the Southern District of New York.

_____
Stanley McDermott III

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by Certified Mail, Electronic Case Filing, on March 20, 2017, on all counsel or parties of record on the service list.

/s/ *Michael G. Austin*
Michael G. Austin

**SERVICE LIST**

Stuart R. Michaelson
smichelson@michelsonlaw.com
The Law Office of Stuart R. Michelson
800 SE 3rd Avenue, 4th Floor
Ft. Lauderdale, FL 33316
Tel.: 954-463-6100
Fax: 954-463-5599

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 17-60449-CIV-MARTINEZ-GOODMAN

---------------------------------------------------- x
RAHN BAHIA MAR LLC d/b/a                             :
BAHIA MAR YACHTING CENTER,                           :
A Foreign, Limited Liability Company,                :
                                                     :
                           Plaintiff,                :
       v.                                            :
                                                     :
M/V "WAKU", her boilers, engines,                    :
tackle, equipment, freight, appliances,              :
apparel, appurtenances, furnishings, etc., *in*      :
*rem*, and the United States of America,             :
                                                     :
                           Defendants.               :
---------------------------------------------------- x

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Stanley McDermott III, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the Motion), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures, and this Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Stanley McDermott III may appear and participate in this action on behalf of Michael G. Austin.  The Clerk shall provide electronic notification of all electronic filings to Stanley McDermott III, at stanley.mcdermott@dlapiper.com

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_ day of March 2017.

_____
United States District Judge

Copies furnished to: All Counsel of Record